Opinion issued April 3, 2008







 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00193-CR

____________


IN RE RONALD DWAYNE WHITFIELD, Relator







Original Proceeding on Petition for Writ of Mandamus





 

MEMORANDUM OPINION

 Relator, Ronald Dwayne Whitfield has filed a petition for writ of mandamus
complaining that the Texas Department of Criminal Justice (1)
 has incorrectly classified
his parole release date by failing to properly calculate his time served and good time
credits. We deny the petition for writ of mandamus.PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).
1. Relator names as respondent, Nathaniel Quartermain.